

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-7-2004

# Eshun v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-2463

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Eshun v. Atty Gen USA" (2004). *2004 Decisions.* Paper 612.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/612

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 03-2463

GEORGE E. ESHUN,
                                Petitioner

V.

JOHN ASHCROFT
ATTORNEY GENERAL USA

## O R D E R

It appearing that there was a typographical error in the last line of the first paragraph in the not-precedential opinion filed in this action on May 19, 2004, that line is hereby amended as follows:

**and for protection under the Convention Against Torture ("CAT").**
rather than,
and for protection under the Convention Against Terrorism ("CAT").

It is SO ORDERED.

For the Court,

**/s/ Marcia M. Waldron**
**Clerk**

**Dated:** June 7, 2004
DMM/cc:  Ephraim T. Mella, Esq.
              Papu Sandhu, Esq.